**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Revised 07/07 WDNY

FILED
FEB  9 2022
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

_AnTHony Fox_ _____

**Jury Trial Demanded: Yes____ No____**

_____

Name(s) of Plaintiff or Plaintiffs

-vs-

_WEST HERR AuTomoTIVE_ _____

_GRouP InC_ _____

**DISCRIMINATION COMPLAINT**

_____ -CV- _____

**22 CV 121- JLS**

Name of Defendant or Defendants

You should attach a copy of your **original  Equal Employment Opportunity Commission
(EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, **AND**
a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint.  Failure to do
so may delay your case.

**Note:**  _Only those grounds raised in the charge filed with the Equal Employment Opportunity
Commission can be considered by the federal district court under the federal
employment discrimination statutes._

This action is brought for discrimination in employment pursuant to _(check only those that
apply)_:

_____    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17
(amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race,
color, gender, religion, national origin).
        **NOTE**:  In order to bring suit in federal district court under Title
        VII, you **must first obtain a right to sue letter** from the Equal
        Employment Opportunity Commission.

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634
(amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of
1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
        **NOTE**:  In order to bring suit in federal district court under the Age
        Discrimination in Employment Act, you **must first file charges** with the
        Equal Employment Opportunity Commission.

__✗__    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117
(amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
        **NOTE:**  In order to bring suit in federal district court under the Americans
        with Disabilities Act, you **must first obtain a right to sue letter** from the
        Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the
aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be
appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of
1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____     New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1.      My address is: 5260 WEBSTER RD ORCHARD PARK NY 14127

My telephone number is: 716 341 9937

2.      The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: WEST HERR AUTOMOTIVE GROUP

Number of employees: 2000+

Address: PO BOX 1998, BLASDELL NY 14219

3.      (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: _____

Address: _____

**CLAIMS**

4.      I was first employed by the defendant on (date): 15 FEB 2018

5.    As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
JULY 2018    01 SEP 2018

6.    As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
did): JULY 2019 NOV 9 9 NOV 2018, JULY 24 JUNE 2018, 4 JUN 2019,
12 FEB 2020 , 16 MAY 2020 ,16 JUN 2020

7.    I believe that the defendant(s)

      a. _____        Are still committing these acts against me.
      b. _X___        Are not still committing these acts against me.
      (Complete this next item **only** if you checked "b" above)   The last discriminatory act
      against me occurred on (date) __16 JUN 2020_____

      _____

8.    (Complete this section **only** if you filed a complaint with the New York State Division of
      Human Rights)

      The date when I filed a complaint with the New York State Division of Human Rights is

      _____
      _ (estimate the date, if necessary)

      I filed that complaint in (identify the city and state): _____
      _____

      The Complaint Number was: _____

9.    The New York State Human Rights Commission did _____ /did not _____
      issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the
      decision to **each** copy of the complaint; failure to do so will delay the initiation of your
      case.)

10.   The date (if necessary, estimate the date as accurately as possible) I filed charges with the
      Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
      discriminatory conduct is: __16 MAY 2020_____

11.   The Equal Employment Opportunity Commission did _____ /did not
      _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one
      copy of the decision to **each** copy of the complaint; failure to do so will delay the
      initiation of your case.)

12.   The Equal Employment Opportunity Commission issued the attached Notice of Right to
      Sue letter which I received on: __6 DEC 2021_____. (**NOTE:** If it

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. _____ Failure to provide me with reasonable accommodations to the application process

    b. _____ Failure to employ me

    c. \_\_\_X\_\_\_ Termination of my employment

    d. _____ Failure to promote me

    e. \_\_X\_\_ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. _____ Harassment on the basis of my sex

    g. _____ Harassment on the basis of unequal terms and conditions of my employment

    h. \_\_X\_\_ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. \_X\_ Other actions (please describe) RETALIATION FOR WHISTLE BLOWING

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. _____ Race          f. _____ Sexual Harassment

    b. _____ Color          g. _____ Age

                                           _____ Date of birth

    c. _____ Sex

                                             h. \_X\_ Disability

    d. _____ Religion                  Are you incorrectly perceived as being disabled by your employer?

    e. _____ National Origin                 \_\_\_\_ yes \_X\_ no

15. I believe that I was \_WAS\_ /was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not _*not*_ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE**: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    _X_ **has** issued a Right to sue letter, which I received on _6 DEC 2021_

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

1. STARTING AROUND 1 SEPT 2018 DOUG LYNDEM MANAGER AND OTHER EMPLOYEES STARTED OPENLY MOCKING FOX FOR BEING ILL AND VOMITING.
2. DOUG LYNDEN WOULD REQUIRE FOX TO CALL IF HE WAS GOING TO BE LATE BUT DIDNT REQUIRE OTHER TECHS TO DO SO.
3. MARCH 2019 WAS TOLD THAT WORK WOULD BE BUSY TO NOT TAKE MY FULL FMLA BY DOUG LYNDEND
4. JUNE 4TH 2019 LYNDEN COMPLAIND FOX WAS LATE AND DIDNT CALL IN. FOX CALLED THE CEO SCOTT TO COMPLAIN ABOUT HIS TREATMENT
5. JUNE 4TH JAY (VP OF FIXED OPERATIONS) AND CHERYL CALLED FOX. FOX EXPLAIND HOW HIS TREATMENT WAS UNFAIR AND ASKED FOR IT TO STOP.

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed      _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _SEPT 2018_

22.    The date on which I first asked my employer for reasonable accommodation of my disability is ___4 JUNE 2019___

23.    The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

24.    The reasonable accommodation provided to me by my employer were _____/were not ___NOT___ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: _09 FEB 2022_

Plaintiff's Signature

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**525-2020-01114** |
|---|---|---|

| **NEW YORK STATE DIVISION OF HUMAN RIGHTS** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>**ANTHONY FOX** | Home Phone<br>**(716) 341-9937** | Year of Birth |
|---|---|---|
| Street Address                                City, State and ZIP Code<br>**5260 WEBSTER ROAD, ORCHARD PARK,NY 14127** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**WEST HERR** | No. Employees, Members<br>**501+** | Phone No. |
|---|---|---|
| Street Address                                City, State and ZIP Code<br>**PO BOX 1998, BLASDELL, NY 14219** | | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address                                City, State and ZIP Code | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                    Latest<br>**09-01-2018        06-16-2020**<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I was hired by the above named Respondent as a Oil Changer in September 2018. My most recent position was Technician, my most recent rate of pay was $16.00 per hour and my direct supervisor was Doug Liden, Service Manager. Throughout my employment, I was subjected to comments about my disability, difference in treatment, denial of reasonable accommodation and discipline. On or about June 16, 2020, I was discharged.**

**Respondent informed me I was being discharged due to attendance issues, using company equipment without permission and causing damage to a car.**

**I believe I have been discriminated and retaliated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Anthony Fox on 09-15-2020 07:54 AM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.    FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.    AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.    PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.    ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.    WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Buffalo Local Office**

Olympic Towers
300 Pearl Street, Suite 450
Buffalo, NY 14202
(716) 431-5007
TTY (716) 551-5923
FAX bufffaxmain@eeoc.gov

James D. Hartt, Esq.
6 North Main Street, Suite 200F
Fairport, NY 14450

## VIA PORTAL AND REGULAR MAIL

Re:    EEOC Charge No.: 525-2020-01114
Anthony Fox v West Herr

Dear Mr. Hartt:

This office is in receipt of your request for a Notice of Right to Sue on the above-referenced charge.

We have reviewed the information provided in your client's charge. Based upon our assessment, in accordance with the Commission's Priority Charge Processing Procedures, current office workload and staffing, we have determined that it is appropriate to issue a Notice of Right to Sue at this time.

Enclosed is your notice of right to sue.

On behalf of the Commission,

**Maureen C. Kielt** Digitally signed by Maureen C. Kielt
Date: 2021.12.06 13:19:54 -05'00'

Maureen C. Kielt Director
Buffalo Local Office

EEOC Form 161-B (11/2020)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:   **Anthony Fox**
      **5260 Webster Road**
      **Orchard Park, NY 14127**

From:   **Buffalo Local Office**
        **300 Pearl Street**
        **Suite 450**
        **Buffalo, NY 14202**

☐   *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **525-2020-01114** | **Rachel M. Wantuck,** **Investigator** | **(716) 748-8008** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒   More than 180 days have passed since the filing of this charge.

☐   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Maureen C. Kielt**
Digitally signed by Maureen C. Kielt
Date: 2021.12.06 13:27:41 -05'00'

Enclosures(s)

**Maureen C. Kielt,**
**Local Office Director**

*(Date Issued)*

cc:   **West Herr**
      **Richard Braden**
      **Goldberg Segalla, LLP**
      **665 Main Street**
      **Buffalo, NY 14203**

      **James D. Hartt**
      **JAMES D. HARTT, ESQ., ATTORNEY AT LAW**
      **6 North Main Street, Suite 200F**
      **Fairport, NY 14450**

Enclosure with EEOC
Form 161-B (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):**   The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➢ **Only one** major life activity need be substantially limited.

➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**

➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:   Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment.  Beyond the initial pleading stage, some courts will require specific evidence to establish disability.*  For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

Fox spoke to Cheryl before Jay was called. Fox told Cheryl that he called Scott because other employees have been retaletaed against by the comapny for reporting things. That anytime things got reported to Jay it was swept under the rug to protect the company and the employee being affected by the wrong doings was told to stop worrying about it. Fox even pointed out other Techenicans comminting fruad to Doug. Doug got angry and yelled at Fox that he doesnt pay him to worry about that stuff.

Jay and Cheryl told Fox that other employees could have accommodation allowing them to come to work late and leave early. Fox was denied this reasonable accommodation and was instead given a fixed work time of 8am to 430 pm and a 30 min lunch break. They told Fox to stop worrying about other employees who were actively affecting Foxes job and PTSD. Employees would mock fox vomiting his headaches and even how Fox would shake. Fox informed Jay later that other technicians would call Fox Dans Bitch every day. Fox's service writer would have Fox bring his quotes for the used cars to the managers because she did want to deal with them or didn't know how to explain the work. The service writer would also withhold work from Fox to give to other employees that she was friends with to help their times to make their pay checks bigger. Fox also went on to explain how he was competing against Technicians like Dan and Mike who were conducting fraud and told Jay what was happening so there was a understanding of what was going on and that Fox being late was not the reason of his productivity being low, if he was not a dependable good worker he wouldnt have been promoted from Express team to Used Cars working on vehicels the company was going to resale.That him being late had to do with being ill in the morning due to his PTSD and it would wake up his new Born son. Fox relives moments of his service in his sleep causing Fox to get little sleep and waking up Ill. Fox didn't think it was reasonable to have to explain this everyday to Doug making Foxs Anxiety worse when other employees had no reason to be late other then having to much to drink the night before, they stayed up late or just didn't care. At this point Foxs son was a few months old was not holding down his food and having explosive diarehea that would come out of his diaper and no longer sleeping. Fox was caring for himself and his infant son who was later diagnosed as lactose intolreant and switched to Soy formual. Fox admitted he was no longer Vomiting at work but thats because he stopped forcing himself to come in when distressed because the Company needed him to be there. No action or invesagtion ever took place as far as Fox knows into the problems accuring in the work place. The worlk place contiuned to get worse. Other employees would leave used tires in Foxs bay, after complaing to Doug all that was done was employees were given a warning then Doug himself had to start taking the tire out.

July 2019 Fox had to complain many times that the shops compressor was not working. This would cause work to back up as we waited for the air lines to fill. Dougs fix was to have someone go up and open the overheated compressor and fill it with oil when it would start acting up. Not only was this not a fix but it required employees to climb a ladder to fix equipment so we could get our work done. Fox also complained about the intense Heat being worse then what he dealt with in the middle east. Other Employees got industrial sized fans to keep them cool Fox was given a old broken osculating office fan that didnt even cool the air around it. This fan was unplugged and moved by other employees so that they could use the Shops tire machine in which employees still left old tires in Foxs work area.

Sept 2019 Bert threated to kill Brandon graphicly. This is not the first time one employee has threated serious bodily harm to other employees and Doug seemed to be ok with the kind of hostile work enviorment. Bert was not disaplanned for this Major infraction instead was moved next to Fox and put on the used car team. Fox was stationed in Bahrain where an act of work place violance was comminted resulting in the loss of Two security memebers. Its very distressing that someone could so openly threaten someones life and the managment fail to properly report it and act like it was no big deal.

Jan 2020 Fox used last of his PFLA because he would lose the bonding time in March.

Feb 12th 2020 A Veteran that Fox served with took his life. Doug was aware of what was going on in Fox's life including the loss fox was facing. Fox notifed his doctors that he was called into the office and was told he wasnt supposed to be late with out asking permission. That he feared that this would be used against him at a later time.

March 2020 Fox was the only Auto Tech from his store furloughed based on the fact Fox did internal work. The other Used car tech was not furloughed and allowed to continue working his full 40-hour work week.

May 15th 2020 Fox voiced that Covid protocol was not being followed by employees. Brandon came to work with covid symptoms and Doug told them to tough it out until after lunch. Another employee called out with covid symptoms and said he never got tested. A third employee was living with someone that was covid positive and was at work days before with no mask using work equipment. Fox was informed that the building was cleaned (the night after the employee called out due to a positive test in his home) which it was not. Jay and Doug pulled fox into the office and told fox that no one was getting sick. That Fixed operations was open the whole time and no one was getting ill. Fox then asked if they required the employee to get tested. Jay told Fox that West Herr could not require an employee to get tested that it violates HIPPA and that Covid was not transferable through 3rd party contact.

May 16th 2020 Fox switched Nicks tires to his summer tires after detailing it days before. Most Auto technicians work on their friends' cars in the shop on their day off or even during working hours without repair orders. Some doing NYS inspections for friends without ever pulling the Vehicle on a lift to check for safety. This was not the first time Fox worked on Nicks Vehicle. Nick is a Veteran who Fox looks to as family he is Foxs only trusted friend in NY even over Blood family. Fox has 6 siblings but only talks to his oldest brother. Doug has seen fox working on the vehicle before and never had a problem with it before this day. The service writer failed to write a Repair order, and have it signed although Fox asked for permission to use the lift to change tires the day before and that sameday.

On about May 25th Doug placed Foxs medical paperwork on his toolbox in the open where other employees could see it when Fox was not in the building.

On about May 28th Fox was required to have a Negative Covid test to return to work after calling in from vomiting and shortness of breath. Although Two other Employees were not required to even be tested. Including the employee who was living with someone who tested positive. Fox had already supplied Doug with all the paperwork Erie County gave him to return to work on the 25th. This is after Fox had ensured the papers, he was turning in was all he needed with HR and Erie County. Fox had to call Erie County to ensure the paperwork he was given was all that needed to be returned to work.

May 28th Fox was suspended without pay even though he was brought back on the PPP loan. The reasons given to Fox was because he was late for the whole week of 2/10/2020-2/15/2020 (the week Foxs veteran friend took his life) because Fox Failed to ask permission to deal with his PTSD resulting in a write up. Doug even told Fox he knew he was going through a lot. Also, for working on Nicks Vehicle without a repair order. Fox asked why he was not getting a warning for working on Nicks car because Fox was known for getting repair orders on even his own vehicle. Even in Fox's write up the box for ever being warned was not checked. Doug then told Fox it is "the little legalities and small technicalities that can close the company down." After Fox left to start his suspension Doug gave the rest of the shop a verbal warning about repair orders. Fox then contacted Dawn at HR about the situation who then had Jay (Vice President of fixed operations) email Fox. Fox was in contact with HR for pay problems and his suspension. To this day employees do not follow the signed Repair order rule.

May 2020 Fox contacted his Doctors at the Buffalo VA hospital to help him because he didn't know what to do about the unfair treatment. Foxs Doctors started putting in for FMLA to protect Fox from further unfair treatment. When Fox requested who to send the notes and paper work to Jay said "Anthony, If you are in need of leaving early or taking time off, please communicate directly with Doug Lynden. We do not need a doctor note when we agree to time off, as long as it falls within the West Herr PTO regulations". Fox called the DOJ and they told him to contact the EEOC. This is when Fox started the process With the EEOC. The Patient Advocate at the VA tried to reach out to West Herr about what was happening but had no luck advocating for Fox and his PTSD.

June 16th 2020 while pulling in a Used Truck to do a Used car inspection Fox scrapped the barrier outside of the main bay doors going approximately 3 mph. Fox stopped in front of the Oil team who did not notice the incident accured then reported it to his service writer and Doug. Doug told Fox it would be ok (this is not the first time employees have hit this pole or caused damage to vehcile in doing so). By 4pm Jay had come to the shop to fire Fox for his violations although fox was in the middle of trying to go through the EEOC to have this resolved.

June 16th 2020 Fox suffered from a Panic attack and was taken to the VA hospital by Ambulance.

Fox is now putting in for Disability as he no longer thinks he can work full time because a company as Large as West Herr was unable to Accommodate his needs. Also the unfair and harassing treatment has made the thought of going to work into a trigger for Fox's PTSD causing him more Anxiety problems. Fox lives close to many of West Herrs dealerships and it's a consent reminded of how much his PTSD really affects his life. Since fox's termination Doug has admitted to treating other employees with favoritism on social media also there are comments between Doug and other Employees mocking others for calling in sick or being late.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

22-CV-121-

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Anthony Fox

**DEFENDANTS**
Westherr Automotive Group INC

**(b)** County of Residence of First Listed Plaintiff   Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Erie
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
"Pro Se"

Attorneys *(If Known)*
Richard A. Braden

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
"42 U.S.C 2000e-5" "Title VII
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
09 FEB 2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____